1

2

3

4

5

6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7   ROBERT MORROW,

8           Plaintiff,

      Case No. 2:04-cv-01269-CRW-LRL

9   vs.

10  GARY COLOMBO et al.,      **ORDER**

11          Defendants.

12

13   On July 28, 2010, Defendant Michael Jenkins entered a plea of guilty in the criminal case

14  No. 2:07-cr-00080-CRW-PAL that concerns circumstances similar to the pleaded issues in this

15  civil lawsuit.  Sentencing of Jenkins is scheduled to be held at 9:00 a.m. on Thursday, October

16  27, 2010 at the U.S. Courthouse in Las Vegas.

17   This Court requests that U.S. Magistrate Judge Lawrence R. Leavitt consider scheduling

18  and then holding a settlement conference in this civil lawsuit to see if a final, fair settlement can

19  be achieved before trial begins between October 11 and October 22, 2010.

20   IT IS SO ORDERED.

21   DATED this 29th day of July, 2010.

22

23           CHARLES R. WOLLE
             UNITED STATES DISTRICT JUDGE

24