UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT MORROW,

      Plaintiff,

vs.                                  Case No. 2-04-cv-01269-CRW-LRL

GARY COLOMBO, MICHAEL
JENKINS, DANIEL ELLIS, WALTER           ORDER
CASTILLO MARTINEZ, RAMON C.
SANTANA, all individual, FRETUS
FIDUCIA, LLC., ZAG, LLC,
ARQUEST INC., DOES 1-30, and
ROES 1-30,

      Defendants.

        A jury trial has been scheduled to begin with jury selection at 9 a.m. on December 8, 2010, at the U.S. Courthouse in Las Vegas.

        Counsel has requested a continuance of the trial for 30 to 45 days.

        The court will hear argument on that request by telephone conference call the court will place to counsel of record at 9:00 a.m. on December 1, 2010.

        IT IS SO ORDERED.

        Dated this 24th day of November, 2010.

_____
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT

1