# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT MORROW, | )<br>) |
| Plaintiff, | )<br>) 2:04-cv-01269-CRW-LRL |
| v. | )<br>) **SCHEDULING ORDER** |
| MICHAEL JENKINS, et al., | )<br>) |
| Defendants. | )<br>) |

IT IS ORDERED that oral argument on plaintiff's impending motion for summary judgment will be heard on **TUESDAY, FEBRUARY 15, 2011, at 9:00 A,M.**  The hearing will be conducted <u>telephonically</u>.  The court will initiate the telephone conference call.  Counsel are directed to provide their respective telephone numbers to the court not later than February 14, 2011, at 3:00 p.m.

IT IS FURTHER ORDERED that the jury trial currently scheduled to commence on February 14, 2011 is vacated and continued to **TUESDAY, FEBRUARY 22, 2011, at 9:00 A.M.**  Proposed voir dire questions, jury instructions, and verdict forms shall be filed not later than **February 17, 2011**.

DATED this 26th day of January, 2011.

*/s/ Lawrence R. Leavitt*

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**