UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT MORROW,

       Plaintiff,

  vs.                        Case No. 2-04-cv-01269-CRW-LRL

GARY COLOMBO, MICHAEL
JENKINS, DANIEL ELLIS, WALTER             ORDER
CASTILLO MARTINEZ, RAMON C.
SANTANA, all individual, FRETUS
FIDUCIA, LLC., ZAG, LLC,
ARQUEST INC., DOES 1-30, and
ROES 1-30,

          Defendants.

      The court adjourns the hearing on the plaintiff's motion for summary judgment, defendants' renewed motion for summary judgment, and the jury trial scheduled to begin on February 22, 2011, until further notice following completion of the proceedings in U.S. v. Michael Jenkins, No. 2:07-cr-00080.

      For the reasons stated in the Order dated February 9, 2011, the court will not hold hearing on the pending motions nor begin a jury trial until the United States Court of Appeals for the Ninth Circuit affirms, reverse, or remands the appeal by Michael Jenkins in No. 2-07-cr-00080.

      Counsel shall file status reports in this case concerning the Jenkins appeal proceedings on September 1, 2011 and each three months thereafter.

      IT IS SO ORDERED.

      Dated this 15th day of February, 2011.


CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT