IN THE UNITED STATES DISTRICT COURT
FOR NEVADA

ROBERT MORROW,

       Plaintiff,                    No. 2-04-cv-1269-CRW-LRL

vs.                                       Order

ARQUEST, INC.; DANIEL
R. ELLIS; FRETUS FUDUCAL,
L.L.C.; MICHAEL JENKINS;
RAMON C. SANTANA, and
ZAG , L.L.C.,

       Defendants.

      The undersigned Senior U.S. District Judge, sitting in the United States District Court for Nevada by intercircuit assignment, is still assigned this civil lawsuit.

      Now that the U.S. Court of Appeals for the Ninth Circuit has affirmed this court's entry of judgment of sentence of imprisonment and restitution in the case of <u>United States v. Michael Jenkins</u>, the court is prepared to move forward with trial or other disposition in this civil lawsuit.

      The court will hold a status conference at 10:00 a.m. at the United States Courthouse in Las Vegas on Monday, February 6, 2012, to meet with counsel and determine how best to complete proceedings in this lawsuit.  Counsel shall file by January 23, 2012, a joint or separate reports recommending what this court should do to bring the case to completion at the earliest practical time.

      SO ORDERED.

      Dated this 4th day of January, 2012.

                                                           */s/ Charles R. Wolle*
                                                  CHARLES R. WOLLE, JUDGE
                                                  U.S. DISTRICT COURT