UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT MORROW,

    Plaintiff,

vs.                                          Case No. 2-04-cv-01269-CRW-LRL

GARY COLOMBO, MICHAEL
JENKINS, DANIEL ELLIS, WALTER            ORDER
CASTILLO MARTINEZ, RAMON C.
SANTANA, all individual, FRETUS
FIDUCIA, LLC., ZAG, LLC,
ARQUEST INC., DOES 1-30, and
ROES 1-30,

    Defendants.

       Hearing on plaintiff's motion for summary judgment and on defendants' renewed motion for summary judgment will be held at the outset of the status conference scheduled to be held at the U.S. Courthouse in Las Vegas at 10:00 a.m. on February 6, 2012.

       IT IS SO ORDERED.

       Dated this 25th day of January, 2012.

                                                        _____
                                                        CHARLES R. WOLLE, JUDGE
                                                        U.S. DISTRICT COURT