IN THE UNITED STATES DISTRICT COURT
FOR NEVADA

ROBERT MORROW,

        Plaintiff,                        No. 2-04-cv-1269-CRW-LRL

vs.                                        Order

ARQUEST, INC.; DANIEL
R. ELLIS; FRETUS FUDUCAL,
L.L.C.; MICHAEL JENKINS;
RAMON C. SANTANA, and
ZAG , L.L.C.,

        Defendants.

        On February 6, 2012, the court held a status conference and a hearing on pending motions for summary judgment in this civil action closely related to the case of <u>U.S. v. Michael Jenkins</u>, 2-07-cr-00080. The parties were allowed seven days to file formal briefs on motions. The parties shall file their revised joint proposed final pretrial order by February 13, 2012.

        The court has filed an order today in the criminal case in which defendant Michael Jenkins has filed a motion for relief under 28 U.S.C. section 2255. The court expects to complete proceedings in that criminal case by March 21, 2012, and the outcome of that case may have an important bearing on this court's rulings on the pending motions for summary judgment in this case.

        Because this court (including previous judges managing this case) has deliberately delayed entering final rulings (or holding a jury trial) until the court has finally adjudicated the criminal case, the court probably will wait to rule on the summary judgment motions until after deciding Jenkins' section 2255 motion in 2:07-cr-00080.

        If a jury trial is required in this civil lawsuit brought by Robert Morrow, the court schedules it to begin on Monday, April 23, 2012, at the United States Courthouse in Las Vegas.

        SO ORDERED.

        Dated this 13th day of February, 2012.

CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT

Case 2:04-cv-01269-CRW-VCF   Document 286   Filed 02/13/12   Page 2 of 2