UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT MORROW,

    Plaintiff,

vs.                                                                  Case No. 2-04-cv-01269-CRW-LRL

GARY COLOMBO, MICHAEL
JENKINS, DANIEL ELLIS, WALTER          ORDER
CASTILLO MARTINEZ, RAMON C.
SANTANA, all individual, FRETUS
FIDUCIA, LLC., ZAG, LLC,
ARQUEST INC., DOES 1-30, and
ROES 1-30,

    Defendants.

        Because the final hearing in the section 2255 proceeding (2-07-cr-80) cannot be held until July 31, 2012, the court will probably not be able to begin the jury trial in this civil lawsuit until after that date.  Moreover, the court will probably not rule on the summary judgment motions in this case until entering a final decision in that criminal case.

        IT IS SO ORDERED.

        Dated this 8th day of March, 2012.

*[Signature: Charles R Wolle]*
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT