# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ROBERT MORROW,<br><br>    Plaintiff,<br><br>vs.<br><br>GARY COLOMBO, et al.,<br><br>    Defendants. | 2:04-cv-01269-CRW-VCF<br><br>**<u>ORDER</u>** |

  The Court has been notified that the case is pending settlement and counsel has requested that the Court vacate the settlement conference on March 14, 2012.

  IT IS HEREBY ORDERED that the settlement conference on March 14, 2012 at 9:30 a.m. is vacated.

  DATED this 12th day of March, 2012.

                     _____
                     CAM FERENBACH
                     UNITED STATES MAGISTRATE JUDGE