UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT MORROW,

      Plaintiff,

vs.                             Case No. 2-04-cv-01269-CRW-VCF

MICHAEL JENKINS, DANIEL ELLIS,         ORDER
WALTER CASTILLO MARTINEZ, RAMON C.
SANTANA, all individual, FRETUS
FIDUCIA, LLC., ZAG, LLC,
ARQUEST INC., DOES 1-30, and
ROES 1-30,

      Defendants.

      The court has now filed its final order denying Michael Jenkins' 28 U.S.C. section 2255 motion to set aside the judgment of conviction and sentence requiring imprisonment and payment of restitution in U.S. v. Jenkins, 02-07-cr-00080.

      The court directs counsel in this related civil lawsuit now to complete work on final pretrial presentations, and then to be ready for trial.

      First the court asks United States Magistrate Judge V. Cameron Ferenbach to schedule and hold a final settlement conference at an early date.  If no settlement is achieved, the court will rule on pending summary judgment issues by mid-November and then will schedule a jury trial, if needed, to begin on an early date in December 2012.

      IT IS SO ORDERED.

      Dated this 5th day of September, 2012.

CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT