**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

|  |  |
|---|---|
| ROBERT MORROW, | 2:04-cv-01269-CRW-VCF |
| Plaintiffs, | **MINUTE ORDER** |
| vs. | |
| ARQUEST, INC., et al., | |
| Defendant. | |

Before the Court is *Robert Morrow v. Arquest, Inc., et al.*, case no. 2:04-cv-01269-CRW-VCF. The parties filed a Stipulation for Dismissal on January 28, 2013.

IT IS HEREBY ORDERED that a status hearing scheduled for 9:30 a.m., January 29, 2012 is VACATED.

DATED this 28th day of January, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE